# United States District Court

FOR THE
**NORTHERN DISTRICT OF CALIFORNIA**

VENUE: SAN FRANCISCO

---

UNITED STATES OF AMERICA,

V.

**CR 08    0406    MMC**

OLIVER IVAN MAROTA,
a/k/a "Ivan Morota-Soto,"
a/k/a "Ivan Ruiz,"
a/k/a "Kid Frost,"

DEFENDANT(S).

---

## INDICTMENT

8 U.S.C. §1326(a) and (b)(2) -- Illegal Re-Entry Following
Deportation After Conviction For Aggravated Felony

---

A true bill.

_____
Foreman

Filed in open court this _____ day of June 2008

_____
Clerk

No process

_____ Bail, $ _____

AO 257 (Rev. 6/78)

## DEFENDANT INFORMATION RELATIVE TO A CRIMINAL ACTION - IN U.S. DISTRICT COURT

BY: ☐ COMPLAINT  ☐ INFORMATION  ☑ INDICTMENT  ☐ SUPERSEDING

Name of District Court, and/or Judge/Magistrate Location
**NORTHERN DISTRICT OF CALIFORNIA**

### OFFENSE CHARGED

Title 8 U.S.C., Section 1326 - Illegal Re-Entry by an Alien After Deportation Following Conviction for Aggravated Felony (Class C Felony)

☐ Petty
☐ Minor
☐ Misdemeanor
☑ Felony

**PENALTY:**
Maximum Prison Term of 20 Years;
Maximum Fine $250,000;
Maximum Term of Supervised Release of 3 Years;
Mandatory Special Assessment of $100.

### DEFENDANT - U.S.

▶ OLIVER IVAN MAROTA

**DISTRICT COURT NUMBER**

CR 08  0406  MMC

### PROCEEDING

Name of Complaintant Agency, or Person (&Title, if any)
Special Agent John Moore
Department of Homeland Security/Immigration and Customs Enforcement

☐ person is awaiting trial in another Federal or State Court, give name of court

☐ this person/proceeding is transferred from another district per (circle one) FRCrP 20, 21 or 40. Show District

☐ this is a reprosecution of charges previously dismissed which were dismissed on motion of:
   ☐ U.S. Att'y  ☐ Defense

☐ this prosecution relates to a pending case involving this same defendant

☑ prior proceedings or appearance(s) before U.S. Magistrate regarding this defendant were recorded under ▶

SHOW DOCKET NO.

MAGISTRATE CASE NO.
08-70359

Name and Office of Person Furnishing Information on THIS FORM     **JOSEPH P. RUSSONIELLO**
☑ U.S. Att'y  ☐ Other U.S. Agency

Name of Asst. U.S. Att'y
(if assigned)  W.S. Wilson Leung

### DEFENDANT

**IS NOT IN CUSTODY**
1) ☐ Has not been arrested, pending outcome this proceeding. If not detained give date any prior summons was served on above charges ▶ _____
2) ☐ Is a Fugitive
3) ☐ Is on Bail or Release from (show District)

**IS IN CUSTODY**
4) ☑ On this charge
5) ☐ On another conviction
6) ☐ Awaiting trial on other charges  } ☐ Fed'l  ☐ State

If answer to (6) is "Yes", show name of institution _____

Has detainer been filed?  ☐ Yes  ☐ No  } If "Yes" give date filed _____

**DATE OF ARREST** ▶  Month/Day/Year  6/13/2008

Or... if Arresting Agency & Warrant were not

**DATE TRANSFERRED TO U.S. CUSTODY** ▶  Month/Day/Year _____

☐ This report amends AO 257 previously submitted

### ADDITIONAL INFORMATION OR COMMENTS

**PROCESS:**
☐ SUMMONS  ☐ NO PROCESS*  ☐ WARRANT   Bail Amount: _____

If Summons, complete following:
☐ Arraignment  ☐ Initial Appearance
Defendant Address:

*Where defendant previously apprehended on complaint, no new summons or warrant needed, since Magistrate has scheduled arraignment

Date/Time: _____
Before Judge: _____

Comments:

1  JOSEPH P. RUSSONIELLO (CABN 44332)
   United States Attorney

FILED
09 JUN 19 PH 1:25

E-filing

E-filing

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

MMC

| UNITED STATES OF AMERICA, | ) Criminal No.: |
| --- | --- |
| v. | ) CR 08 0406 |
| | ) VIOLATION: 8 U.S.C. § 1326(a) and (b)(2) -- |
| | ) Illegal Re-Entry Following Deportation After |
| OLIVER IVAN MAROTA, | ) Conviction For Aggravated Felony |
|   a/k/a "Ivan Morota-Soto," | ) |
|   a/k/a "Ivan Ruiz," | ) |
|   a/k/a "Kid Frost," | ) SAN FRANCISCO VENUE |
| | ) |
| Defendant. | ) |

INDICTMENT

The Grand Jury charges:

On or about June 13, 2008, the defendant,

OLIVER IVAN MAROTA,
a/k/a "Ivan Morota-Soto,"
a/k/a "Ivan Ruiz,"
a/k/a "Kid Frost,"

an alien, having been previously excluded, deported and removed from the United States on or about June 24, 2006, June 26, 2006, and July 1, 2006, was found in the Northern District of California, the Attorney General of the United States or the Secretary for the Department of

INDICTMENT

1 | Homeland Security not having expressly consented to a re-application by the defendant for
2 | admission into the United States.
3 |       All in violation of Title 8, United States Code, Section 1326(a) and (b)(2).

6 | DATED:                           A TRUE BILL.
7 |      6-19-08

                                        FOREPERSON

JOSEPH P. RUSSONIELLO
United States Attorney

JAMES CHOU
Chief, Organized Crime Strike Force

(Approved as to form: _____)
                   AUSA W.S. Wilson Leung

INDICTMENT                                 -2-