UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

CRIMINAL PRETRIAL MINUTES

E-filing

Date: JUN 2 5 2008

Case No. CR-08-0406 MMC          JUDGE: Maxine M. Chesney

OLIVER MAROTA
DEFENDANT

Present ( ) Not Present (✓) In Custody (✓)

WILSON LEUNG
U.S. ATTORNEY

GEOFFREY HANSEN
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: CONNIE KUHL

**PROCEEDINGS**

REASON FOR HEARING   Change of Plea - not held

RESULT OF HEARING    △ NOT Brought to Court.
                     will be FAST TRACK CASE.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
   (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ___ day(s)
Case continued to 7/23/08 @ 2:30 for Change of Plea

EXCLUDABLE DELAY (Category) Continuity of COUNSEL  Begins JUN 2 5 2008  Ends 7/23/08

(10 min)