1  BARRY J. PORTMAN
   Federal Public Defender
2  GEOFFREY A. HANSEN
   Chief Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant MAROTA
6

7

8              IN THE UNITED STATES DISTRICT COURT

9              FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,          )    No. CR-08 - 0406 MMC
                                      )
12            Plaintiff,              )    **DEFENDANT'S SENTENCING**
                                      )    **MEMORANDUM**
13 vs.                                )
                                      )
14 OLIVER IVAN MAROTA,                )
                                      )
15            Defendant.              )
   _____)
16

17       The defendant Oliver Marota is scheduled to appear before this Court on July 23, 2008

18 for the entry of a plea and sentencing pursuant to the Court's fast track program for illegal reentry

19 cases. The Probation Office has prepared a criminal history calculation for Mr. Marota, and has

20 determined that his Criminal History Category is III. The defendant agrees with this calculation.

21 Insofar as the parties have agreed that Mr. Marota's final offense level is 13, his guideline range

22 is 18-24 months. The parties have further agreed as part of the plea agreement that Mr. Marota

23 should be sentenced to the low end of the guideline range, which in this case is 18 months.

24       The defendant respectfully asks the Court to accept the plea agreement and sentence the

25 defendant to 18 months in custody, with the additional conditions that are set forth in paragraph

26 eight of the plea agreement, to wit, a special assessment of $100 and three years of supervised

1 | release (which includes a special condition that the defendant not reenter the United States
2 | illegally). The defendant is unable to pay a fine, and as a result he asks that no fine be imposed
3 | in this matter.

5 | Dated: July 17, 2008

Respectfully submitted,

BARRY J. PORTMAN
Federal Public Defender

/S/

GEOFFREY A. HANSEN
Chief Assistant Federal Public Defender