UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

E-filing

CRIMINAL PRETRIAL MINUTES

Date: JUL 2 3 2008

Case No. CR-08-0406 MMC

JUDGE: Maxine M. Chesney

Oliver Marota
DEFENDANT

Present (✓) Not Present ( ) In Custody (✓)

Wilson Leung
U.S. ATTORNEY

Geoffrey Hansen
ATTORNEY FOR DEFENDANT

Deputy Clerk: TRACY LUCERO

Reporter: Catherine Edwards

## PROCEEDINGS

REASON FOR HEARING: Change of Plea - Held.

RESULT OF HEARING: △ pled guilty to one-count indictment. Plea Agreement filed w/ the Court. Sentence -
18 months in custody
3 years supervised release
No weapons
$100 special assessment
No fine.

Case continued to _____ for Further Status.
Case continued to _____ for Motions.
         (Motion due ____, Opposition due ____, Reply Due ____)
Case continued to _____ for Pretrial.
Case continued to _____ for Trial. (Court/Jury: ____ day(s)
Case continued to _____ for _____

EXCLUDABLE DELAY (Category) _____ Begins _____ Ends _____

(30 min)